1  NEWPORT TRIAL GROUP
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
      sferrell@trialnewport.com
3  Richard H. Hikida, Bar No. 196149
      rhikida@trialnewport.com
4  David W. Reid, Bar No. 267382
      dreid@trialnewport.com
5  Victoria C. Knowles, Bar No. 277231
      vknowles@trialnewport.com
6  4100 Newport Place Drive, Suite 800
   Newport Beach, CA  92660
7  Tel: (949) 706-6464
   Fax: (949) 706-6469
8
   Attorneys for Plaintiff
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON GARAY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANOFI U.S. SERVICES INC., a Delaware corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 2:14-cv-03236-RGK-MAN<br><br>**~~PROPOSED~~ ORDER OF DISMISSAL**<br><br>Date Filed:  March 26, 2014<br>Date Removed:  April 28, 2014 |

The Court, having considered the Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties herein, finds that this action should be dismissed with prejudice.

Dated: June 3, 2014

_/s/ Gary Klausner_____
The Honorable R. Gary Klausner
United States District Court Judge

- 1 -
PROPOSED ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2014, I electronically filed the foregoing **PROPOSED ORDER OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                          */s/Scott J. Ferrell*
                                            Scott J. Ferrell